**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7605

CORNELIUS WESLEY MCCOY,

Plaintiff - Appellant,

v.

KATHLYN WHITE FLORA, Assistant Public Defender,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Anthony John Trenga, District Judge.   (1:13-cv-01032-AJT-TRJ)

Submitted: January 21, 2014          Decided: January 24, 2014

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cornelius Wesley McCoy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cornelius Wesley McCoy appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) action after a 28 U.S.C. § 1915A (2012) review. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. McCoy v. Flora, No. 1:13-cv-01032-AJT-TRJ (E.D. Va. filed Aug. 28, 2013; entered Aug. 29, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED